| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| **Nexus Bankruptcy**<br>**Benjamin Heston (297798)**<br>**100 Bayview Circle #100**<br>**Newport Beach, CA 92660**<br>**Tel: (951) 290-2827**<br>**Fax: (949) 28802054**<br>**ben@nexusbk.com**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

## United States Bankruptcy Court
## Central District of California - Riverside Division

| In re:<br>Christopher Spangler | CASE NO.:<br>CHAPTER: Chapter 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑  I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date (** *Check only ONE box below* **):**

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

   Date: 01/25/2023        Christopher Spangler        [signature]
   _____        Printed name of Debtor 1       Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐  I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date (** *Check only ONE box below* **):**

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

   Date: _____        Printed name of Debtor 2       Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015

F 1002-1.EMP.INCOME.DEC

FIREBLAST 451 INC
545 Monica Circle
Corona CA 92880

YR79-Z217
ORG 3400 METAL GOODS MTG
DS MTG
EE ID: 215        DD

CHRISTOPHER SPANGLER
2751 RIDGELINE DRIVE
CORONA CA 92882

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

**PERSONAL AND CHECK INFORMATION**
Christopher Spangler
2751 Ridgeline Drive
Corona, CA 92882
**Soc Sec #:** xxx-xx-xxxx   **Employee ID:** 215

**Home Department:** 3400 METAL GOODS MTG

**Pay Period:** 12/05/22 **to** 12/18/22
**Check Date:** 12/23/22   **Check #:** 11823
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 1394.69 |
| Chkg 708 | 0.00 | 24169.00 |
| Chkg 716 | 1282.81 | 1282.81 |
| **NET PAY** | **1282.81** | **26846.50** |

EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | 72.0000 | 22.0000 | 1584.00 | 1450.5000 | 31911.00 |
| | Holiday | | | | 40.0000 | 880.00 |
| | Sick | | | | 24.0000 | 528.00 |
| | **Total Hours** | 72.0000 | | | 1514.5000 | |
| | **Gross Earnings** | | | 1584.00 | | 33319.00 |
| | **Total Hrs Worked** | 72.0000 | | | | |

WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 98.21 | 2065.78 |
| Medicare | | 22.97 | 483.13 |
| Fed Income Tax | SMS | 122.41 | 2644.88 |
| CA Income Tax | SMI2 0 0 | 40.18 | 912.21 |
| CA Disability | | 17.42 | 366.50 |
| **TOTAL** | | 301.19 | 6472.50 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1282.81** | **26846.50** |

Payrolls by Paychex, Inc.
0079 YR79-Z217 FIREBLAST 451 INC DBA • 545 Monica Circle • Corona CA 92880 • (951) 277-8319

FIREBLAST 451 INC
545 Monica Circle
Corona CA  92880

YR79-Z217
ORG 3400 METAL GDS MTG
DS MTG
EE ID: 215         DD

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

CHRISTOPHER SPANGLER
2751 RIDGELINE DRIVE
CORONA CA  92882

NON-NEGOTIABLE

---

**PERSONAL AND CHECK INFORMATION**
Christopher Spangler
2751 Ridgeline Drive
Corona, CA  92882
**Soc Sec #:** xxx-xx-xxxx   **Employee ID:** 215

**Home Department:** 3400 METAL GOODS MTG

**Pay Period:** 11/21/22 **to** 12/04/22
**Check Date:** 12/09/22   **Check #:** 11800

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 1394.69 |
| Chkg 708 | 1378.71 | 24169.00 |
| **NET PAY** | **1378.71** | **25563.69** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | 62.0000 | 22.0000 | 1364.00 | 1378.5000 | 30327.00 |
| | Holiday | 16.0000 | 22.0000 | 352.00 | 40.0000 | 880.00 |
| | Sick | | | | 24.0000 | 528.00 |
| | **Total Hours** | 78.0000 | | | 1442.5000 | |
| | **Gross Earnings** | | | 1716.00 | | 31735.00 |
| | **Total Hrs Worked** | 62.0000 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 106.39 | 1967.57 |
| Medicare | | 24.88 | 460.16 |
| Fed Income Tax | SMS | 138.25 | 2522.47 |
| CA Income Tax | SMI2 0 0 | 48.89 | 872.03 |
| CA Disability | | 18.88 | 349.08 |
| **TOTAL** | | 337.29 | 6171.31 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1378.71** | **25563.69** |

*Payrolls by Paychex, Inc.*
0079  YR79-Z217  FIREBLAST 451 INC DBA • 545 Monica Circle • Corona CA  92880 • (951) 277-8319