Certificate Number: 14912-CAC-DE-037167211

Bankruptcy Case Number: 23-10337



14912-CAC-DE-037167211

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 7, 2023, at 9:27 o'clock PM EST, Chris Spangler completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:   February 7, 2023          By:   /s/Jai Bhatt

                                  Name: Jai Bhatt

                                  Title: Counselor